**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-6101**

---

JAMES C. GREER,

                                        Plaintiff - Appellant,

        versus

GENE M. JOHNSON, in his individual and
official capacities as Director of the VA
Department of Corrections; JOHN JABE, in his
individual and official capacities as Deputy
Director of VA Department of Corrections
(Operations); TRACY RAY, in his individual and
official capacities as Warden of Red Onion
State Prison; JERRY ARMENTROUT, in his
individual capacity; K. CHRIS, in his
individual capacity; RICHARD FLEMING, SR., in
his individual capacity,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Glen E. Conrad, District Judge.
(7:05-cv-00701-gec)

---

Submitted: May 16, 2006                   Decided: May 23, 2006

---

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James C. Greer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James C. Greer appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) suit for failure to state a claim on which relief could be granted and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Greer v. Johnson, No. 7:05-cv-00701-gec (W.D. Va. Dec. 8, 2005; Jan. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED